UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERONT NEZIRI, | * |
| Plaintiff-Petitioner, | * |
| v. | * Civil Action No. 15-cv-13282-IT |
| JEH JOHNSON, et al., | * |
| Defendants. | * |

ORDER

May 24, 2016

TALWANI, D.J.

The court having DISMISSED Plaintiff-Petitioner's Declaratory Judgment cause of action for lack of jurisdiction and having ALLOWED IN PART and DENIED IN PART the Petition for Writ of Habeas Corpus [#1] by ordering an individualized bond hearing, and the parties having reported that such bond hearing has taken place and that Plaintiff-Petitioner had been released on a $12,000 bond, this case is now CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge